UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN P. MASTERSON,

                            NO. CIV. S-06-2612 LKK DAD

      Plaintiff,

  v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

      Defendant.

_____/

### STATUS (PRETRIAL SCHEDULING) CONFERENCE

READ THIS ORDER CAREFULLY.  IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY.  A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on May 29, 2007.  Patricia L. McCabe appeared as counsel for plaintiff; Anna M. Martin appeared

1

telephonically as counsel for defendant.  After hearing, the court
makes the following findings and orders:

### SERVICE OF PROCESS

All parties defendant have been served and no further service
is permitted except with leave of court, good cause having been
shown.

### JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings is
permitted except with leave of court, good cause having been shown.
See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir.
1992).

### JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1331, is
undisputed and is hereby found to be proper, as is venue.

### FICTITIOUSLY-NAMED DEFENDANTS

This action, including any counterclaims, cross-claims, and
third-party complaints is hereby DISMISSED as to all DOE or other
fictitiously-named defendants.

### MOTION HEARING SCHEDULES

All law and motion except as to discovery is left open, save
and except that it shall be conducted so as to be completed by
February 28, 2008.  The word "completed" in this context means that
all law and motion matters must be **heard** by the above date.
Because this date is not necessarily a date previously set aside
for law and motion hearings, it is incumbent upon counsel to
contact this court's courtroom deputy, Ana Rivas at (916) 930-4133,

2

1    sufficiently in advance so as to ascertain the dates upon which law
2    and motion will be heard and to properly notice its motion for
3    hearing before that date.  Counsel are cautioned to refer to Local
4    Rule 78-230 regarding the requirements for noticing such motions
5    on the court's regularly scheduled law and motion calendar.
6    **Opposition or statement of non-opposition to all motions shall be**
7    **filed not later than 4:30 p.m. fourteen (14) days preceding the**
8    **hearing date, or by proof of service by mail not less than**
9    **seventeen (17) days preceding the hearing date.**  This paragraph
10   does not preclude motions for continuances, temporary restraining
11   orders or other emergency applications, and is subject to any
12   special scheduling set forth in the "MISCELLANEOUS PROVISIONS"
13   paragraph below.
14       At the time of filing a motion, opposition, or reply, counsel
15   are directed to email a copy in word processing format to lkk-
16   pleadings@caed.uscourts.gov.
17       The parties should keep in mind that the purpose of law and
18   motion is to narrow and refine the legal issues raised by the case,
19   and to dispose of by pretrial motion those issues that are
20   susceptible to resolution without trial.  To accomplish that
21   purpose, the parties need to identify and fully research the issues
22   presented by the case, and then examine those issues in light of
23   the evidence gleaned through discovery.  If it appears to counsel
24   after examining the legal issues and facts that an issue can be
25   resolved by pretrial motion, counsel are to file the appropriate
26   motion by the law and motion cutoff set forth supra.

1  **Unless prior permission has been granted, memoranda of law in**

2  **support of and in opposition to motions are limited to thirty (30)**

3  **pages, and reply memoranda are limited to fifteen (15) pages.  The**

4  **parties are also cautioned against filing multiple briefs to**

5  **circumvent this rule.**

6  Where the parties bring motions for summary judgment, the

7  court will deem facts which are apparently undisputed as undisputed

8  under Fed. R. Civ. P. 56(d), unless specifically reserved and that

9  party tenders evidence to support the reservation.

10  ALL PURELY LEGAL ISSUES ARE TO BE RESOLVED BY TIMELY PRETRIAL

11  MOTION AND A FAILURE TO MAKE SUCH A MOTION WILL ORDINARILY BE

12  VIEWED AS A WAIVER AT THE TIME OF PRETRIAL.  COUNSEL ARE CAUTIONED

13  THAT IF ANY LEGAL ISSUE THAT SHOULD HAVE BEEN TENDERED TO THE COURT

14  BY PRETRIAL MOTION MUST BE RESOLVED BY THE COURT AFTER LAW AND

15  MOTION CUTOFF, FOR INSTANCE WHERE THE ISSUE IS JURISDICTION,

16  SUBSTANTIAL SANCTIONS WILL BE LEVIED AGAINST COUNSEL WHO FAIL TO

17  TIMELY FILE AN APPROPRIATE MOTION.

18  Counsel are further reminded that motions in limine are

19  procedural devices designed to address the admissibility of

20  evidence.  COUNSEL ARE CAUTIONED THAT THE COURT WILL LOOK WITH

21  DISFAVOR UPON SUBSTANTIVE MOTIONS PRESENTED IN THE GUISE OF MOTIONS

22  IN LIMINE  AT THE TIME OF TRIAL.

23  **DISCOVERY**

24  No modifications of the discovery requirements found in the

25  Federal Rules is ordered.

26  All discovery is left open, save and except that it shall be

1  so conducted as to be <u>completed</u> by December 28, 2007.  The word

2  "completed" means that all discovery shall have been conducted so

3  that all depositions have been taken and any disputes relative to

4  discovery  shall  have  been  resolved  by  appropriate  order  if

5  necessary and, where discovery has been ordered, the order has been

6  complied with.  Motions to compel discovery must be noticed on the

7  magistrate judge's calendar in accordance with the local rules of

8  this court and so that such motions will be heard not later than

9  November 28, 2007.  In this regard, all counsel are to designate

10  in writing and file with the court and serve upon all other parties

11  a final list of the names of all experts that they propose to

12  tender at trial not later than sixty (60) days before the close of

13  discovery herein established.  At the time of designation, all

14  experts shall submit a written report.  The contents of the report

15  must comply with Federal Rule of Civil Procedure 26 (A)(2)(b).  All

16  experts  so  designated  are  to  be  fully  prepared  to  render  an

17  informed opinion at the time of <u>designation</u> so that they may fully

18  participate in any deposition taken by the opposing party.  Experts

19  will not be permitted to testify at the trial as to any information

20  gathered or evaluated, or opinion formed, after deposition taken

21  subsequent to designation.

22      An expert witness not appearing on said lists will not be

23  permitted  to  testify  unless  the  party  offering  the  witness

24  demonstrates: (a) that the necessity of the witness could not have

25  been reasonably anticipated at the time the lists were exchanged;

26  (b)  the  court  and  opposing  counsel  were  promptly  notified  upon

1  discovery of the witness; and (c) that the witness was promptly
2  proffered for deposition.

3        **MID-LITIGATION STATEMENTS**

4        Not later than fourteen (14) days prior to the close of
5  discovery, all parties shall file with the court and serve on all
6  other parties a brief statement summarizing all law and motion
7  practice heard by the court as of the date of the filing of the
8  statement, whether the court has disposed of the motion at the time
9  the statement is filed and served, and the likelihood that any
10 further motions will be noticed prior to the close of law and
11 motion.  The filing of this statement shall not relieve the parties
12 or counsel of their obligation to timely notice all appropriate
13 motions as set forth above.

14       **SETTLEMENT CONFERENCE**

15       A Settlement Conference is set before the Honorable Kimberly
16 J. Mueller, United States Magistrate Judge, on January 9, 2008 at
17 1:30 p.m.  Counsel are directed to submit settlement conference
18 statements to the settlement judge **not later than seven (7) days**
19 **prior to the conference.**  At counsel's option, such statements may
20 be submitted in confidence pursuant to Local Rule 16-270(d).

21       Counsel are cautioned to have a principal capable of
22 disposition present at the Settlement Conference or to be fully
23 authorized to settle the matter on any terms and at the Settlement
24 Conference.

25       **MISCELLANEOUS PROVISIONS**

26       Pursuant to the request of the parties, this matter is

6

1  referred to the court's Voluntary Dispute Resolution Program
2  (VDRP).

3      The parties are reminded that pursuant to Fed. R. Civ. P.
4  16(b), the Status (pretrial scheduling) Order **shall not be modified**
5  **except by leave of court upon a showing of good cause.**  Counsel are
6  cautioned that changes to any of the scheduled dates will
7  necessarily result in changes to all other dates.  Thus, even where
8  good cause has been shown, the court will not grant a request to
9  change the discovery cutoff date without modifying the pretrial and
10 trial dates.

11     **Agreement by the parties pursuant to stipulation does not**
12 **constitute good cause.  Nor does the unavailability of witnesses**
13 **or counsel, except in extraordinary circumstances, constitute good**
14 **cause.**

15     The parties are reminded of their continuing obligation to
16 supplement their statements relative to the identification of
17 parent corporations and any publicly held company that owns 10% or
18 more of the party's stock within a reasonable time of any change
19 in the information.

20     The parties are admonished that they are not to cite or refer
21 to any of the quotations inscribed in the pavers on the front plaza
22 of the United States Courthouse in any written or oral presentation
23 to the court or a jury.

24     There appear to be no other matters presently pending before
25 the court that will aid the just and expeditious disposition of
26 this matter.

1    IT IS SO ORDERED.

2    DATED:   June 1, 2007.

3

4                                    LAWRENCE K. KARLTON
5                                    SENIOR JUDGE
6                                    UNITED STATES DISTRICT COURT