RIMAC & MARTIN
A Professional Corporation
JOSEPH M. RIMAC - SBN 72381
ANNA M. MARTIN - SBN 154276
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile:  (415) 561-8430
email: amartin@rimacmartin.com

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

LAW OFFICE OF PATRICIA L. McCABE
PATRICIA L. McCABE - SBN 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
email: plmccabe@aol.com

Attorney for Plaintiff
JOHN P. MASTERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*E-FILING*

JOHN P. MASTERSON,

    Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA and DOES 1-10, inclusive,

    Defendants.

CASE NO. 2:06-CV-2612 LKK DAD

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

Each party shall bear its own costs and attorneys' fees in this action.

1    Pursuant to local rules, this document is being electronically filed through the Court's
2    ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
3    document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
4    concurred with the filing of this document; and (3) a record supporting this concurrence is
5    available for inspection or production if so ordered.

6    **SO STIPULATED.**

7                                    Respectfully submitted,

8                                    RIMAC & MARTIN, P.C.

10   DATED: March 21, 2008       By:  /s/ Anna M. Martin
                                      ANNA M. MARTIN
11                                    Attorneys for Defendant
                                      UNUM LIFE INSURANCE COMPANY
12                                    OF AMERICA

13
                                      LAW OFFICE OF
14                                    PATRICIA L. McCABE

15

16   DATED: March 21, 2008       By:  /s/ Patricia L. McCabe
                                      Attorney for Plaintiff
17                                    JOHN P. MASTERSON

18

19                                    **ORDER**

20   **SO ORDERED.**

21

22   DATED: March 21, 2008.

23
                                      _____
24                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
25                                    UNITED STATES DISTRICT COURT

26

27

28

---

STIPULATION FOR DISMISSAL WITH
PREJUDICE AND ORDER THEREON        -2-              CASE NO. 2:06-CV-2612 LKK DAD